JAMES G. TREMAINE, Appellant, *v.* WILLIAM P. HAINES, Respondent.

(Argued November 21, 1933; decided December 5, 1933.)

*David S. Jackson* for appellant.

*Parton Swift* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.